**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01018-REB-MEH

RHONDA TRULLINGER,

    Plaintiffs,

v.

ARISTEDES W. ZAVARAS, Director, Colorado Department of Corrections, and
KEVIN MILYARD, Warden, Sterling Correctional Facility (in their official capacities only),

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulation of Dismissal** [#16] filed September 3, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#16] filed September 3, 2008, is **APPROVED**;

2. That the Trial Preparation Conference set for July 31, 2009, is **VACATED**;

3. That the trial to court set to commence August 3, 2009, is **VACATED**; and

4. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 8, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**